# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**KURTERRIOUS WILLIAMS**                                                      PLAINTIFF

v.                              No. 3:24-cv-227-DPM

**NATHANIEL BANKS, Detective;**
**JEFF HEDGEWOOD, Sheriff;**
**and NEAL BYRD, Sheriff, Helena-**
**West Helena**                                                               DEFENDANTS

## ORDER

1.   Williams is in custody at the Sharp County Detention Center and is proceeding *in forma pauperis*. Doc. 6. The Court must screen his § 1983 complaint, as amended. 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).

2.   Williams says Detective Banks and two deputies wrongfully arrested him on false charges of capital murder, aggravated robbery, and violent criminal group activity in November 2024. Doc. 4 at 4. Williams then sat in a holding cell for two days. Doc. 4 at 5. When he was released, Detective Banks, Jeff Hedgewood, and a jailer named "JT" (who is not a named defendant) immediately took him back into custody for violating bond. *Ibid*. Williams claims he is innocent of all charges and that he hasn't had a first appearance or otherwise seen a judge since his arrest. *Ibid*. His prolonged detention appears to be the reason he's suing Sheriff Byrd, too. Taking the pleaded facts as true, he

has stated plausible Fourth Amendment and Fourteenth Amendment claims.

3. The Court directs the Clerk to prepare Summonses for Detective Banks, Hedgewood, and Sheriff Byrd. The United States Marshal must serve the complaint (*Doc. 1 & 4*), a Summons, and this Order on Banks, Hedgewood, and Byrd without prepayment of fees and costs or security. They must be served through the Phillip's County Sheriff's Office, 1804 Martin Luther King Drive, Helena, Arkansas 72342.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 February 2025