IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KURTERRIOUS WILLIAMS**                                              **PLAINTIFF**

v.                          No. 3:24-cv-227-DPM

**NATHANIEL BANKS, Detective; JEFF
HEDGEWOOD, Sheriff; and NEAL
BYRD, Sheriff, Helena-West Helena**                **DEFENDANTS**

### ORDER

As directed, Williams has now updated his address. *Doc. 21.* Given all the mail issues, though, it's unclear whether he has received copies of the pending motions, *Doc. 16 & 19*. The Court therefore directs the Clerk to resend those motions, and a copy the docket sheet, to his new address. If Williams doesn't respond by 9 May 2025, the Court will consider the motions unopposed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 April 2025