# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**KURTERRIOUS WILLIAMS**                                    **PLAINTIFF**

v.                              No. 3:24-cv-227-DPM

**NATHANIEL BANKS**, Detective; **JEFF
HEDGEWOOD**, Sheriff; and **NEAL
BYRD**, Sheriff, Helena-West Helena          **DEFENDANTS**

## ORDER

Unopposed motion, *Doc. 19*, granted. The Court will rule on the pending motion for judgment on the pleadings, *Doc. 16*, in due course.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 May 2025