IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KURTERRIOUS WILLIAMS**                                                    PLAINTIFF

v.                              No. 3:24-cv-227-DPM

NATHANIEL BANKS, Detective; JEFF
HEDGEWOOD, Sheriff; NEAL BYRD,
Sheriff, Helena-West Helena                                                 DEFENDANTS

### ORDER

Williams hasn't updated his address, and the time to do so has passed. *Doc. 33*. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3). Motion to dismiss, *Doc. 30*, denied without prejudice as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2025