IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KURTERRIOUS WILLIAMS                                          PLAINTIFF

v.                             No. 3:24-cv-227-DPM

NATHANIEL BANKS, Detective; JEFF
HEDGEWOOD, Sheriff; NEAL BYRD,
Sheriff, Helena-West Helena                                   DEFENDANTS

JUDGMENT

Williams's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 September 2025